UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL L. INGRAM and SANDRA L. KLOTZ,

    Plaintiffs,

  v.

JOHN RAYMOND, CRADDOCK VERSER, MARK HUTH, KAREN KATES HILDT, RICHARD SHANEYFELT, JULIE DALZELL, RICHARD L. DAVIES, BRIAN POST, DEBRA KRONK, GORDON TAMURA, KELLI KING, SCOTTY BOYD, RICK SMITH, BENJAMIN STAMPER, STEVE RICHMOND, and JEFFERSON MENTAL HEALTH,

    Defendants.

Case No. C06-5122FDB

ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DENYING APPLICATION FOR COURT-APPOINTED COUNSEL

Plaintiffs have filed a pro se civil rights action against the above-named Jefferson County Defendants (judges, prosecutors, public defender, sheriff's department personnel), and have applied for court-appointed counsel and for leave to proceed *in forma pauperis*. Having reviewed Plaintiffs' Financial Affidavit and application to proceed *in forma pauperis*, as well as Plaintiffs' Complaint, the Court concludes that Plaintiffs' have sufficient income to pay the filing fee in this matter and court-appointed counsel will be denied.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' Motion to Proceed *In Forma Pauperis* and Plaintiffs' Application For Court-Appointed Counsel are DENIED.

DATED this 10th day of March, 2006.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1