1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
9                          AT TACOMA

10   MICHAEL L. INGRAM and SANDRA L.
     KLOTZ ,
11
              Plaintiffs,                         Case No. C06-5122FDB
12
         v.                                      ORDER DENYING
13                                               RECONSIDERATION
14   JOHN RAYMOND, *et al.,*

              Defendants.
15

16         Plaintiffs were denied leave to proceed with their cause of action against various Jefferson

17   County court officials and others.  Plaintiffs now move for reconsideration, but do not persuade the

18   Court to grant leave to proceed with this matter.  ACCORDINGLY,

19         IT IS ORDERED: Plaintiffs' Motion for Reconsideration [Dkt. # 3] is DENIED.

20         DATED this 29th day of March, 2006.

21

22                               _____
                                 FRANKLIN D. BURGESS
23                               UNITED STATES DISTRICT JUDGE

24

25

26   ORDER - 1